UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

Jerry Rojas Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 135 ( ) ( )

Defendant __Jerry Rojas__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

__X__ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_[signature]_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Jerry Rojas_
Print Defendant's Name

Defense Counsel's Signature

Kenneth Montgomery
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

4-9-2020
Date

_Judith C. McCarthy_
U.S. District Judge/U.S. Magistrate Judge