```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA,                               :
                                                        :
            -v-                                         :    20-CR-135-15 (JMF)
                                                        :
                                                        :    ORDER
                                                        :
JERRY ROJAS,                                            :
                                                        :
                        Defendant.                      :
                                                        X
---------------------------------------------------------------------
```

JESSE M. FURMAN, United States District Judge:

The Court received the attached letter from Jennifer L. Brown, Esq., recommending the appointment of Kelley Sharkey, Esq., as Learned Counsel for Defendant Jerry Rojas pursuant to 18 U.S.C. § 3005. The Court accepts Ms. Brown's recommendation and hereby appoints Ms. Sharkey as Learned Counsel for Mr. Rojas.

    SO ORDERED.

Dated: April 13, 2020
       New York, New York
                                            JESSE M. FURMAN
                                      United States District Judge

**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street - 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David Patton
*Executive Director and
Attorney-in-Chief*

April 13, 2020

**VIA EMAIL**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Jerry Rojas**
      **20 Cr. 135  (JMF)**

Dear Judge Furman:

     I write pursuant to 18 U.S.C. § 3005 to offer my recommendation to the Court for the appointment of learned counsel in the above-captioned capital case for Jerry Rojas, who is represented by Kenneth Montgomery as lead counsel.  I recommend the appointment of Kelley Sharkey as learned counsel.  Ms. Sharkey is a member of the SDNY Capital Panel and has frequently been found learned in the law of capital cases.  In arriving at the recommendation, I have contacted the government and defense counsel and have reviewed the conflict list.  Ms. Sharkey is available and does not appear to have any conflict.

     Please do not hesitate to contact me with any questions or concerns.

                                    Best regards,

                                    /s
                                    Jennifer L. Brown
                                    Attorney-in-Charge
                                    Federal Defenders of New York
                                    Tel.: (212) 417-8722